UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Rasheed Stukes, 16712027,

        Petitioner,          Case No.  24-12926

v.          Judge Matthew F. Leitman

Eric Rardin,          Magistrate Judge Anthony P. Patti

        Respondent(s).
_____/

## ORDER TO CORRECT DEFICIENCY

    Petitioner has filed a petition for writ of habeas corpus, but has failed to submit either the $5.00 filing fee or an application to proceed *in forma pauperis*.  *See* 28 U.S.C. § 1914(a); 28 U.S.C. § 1915; Rule 3 of the Rules Governing § 2254 Cases.

    **IT IS ORDERED** that Petitioner shall submit the $5.00 filing fee <u>or</u> an original and one copy of a completed, signed and dated application to proceed *in forma pauperis* within 21 days from the date of this order.  Failure to do so may result in dismissal of this action.  A copy of the *in forma pauperis* application is enclosed.

Date:  November 6, 2024          s/David R. Grand
                                                                         David R. Grand
                                                                         United States Magistrate Judge

---

### Certificate of Service

    I hereby certify that a copy of the foregoing document was served upon Petitioner on the date indicated below by first class mail.

Date:  November 6, 2024          s/N. Ahmed
                                                                          Deputy Clerk