UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Rasheed Stukes, 16712027,

                    Petitioner,                             Case No.   24-12926

v.                                                          Judge  Matthew F. Leitman

                                                            Magistrate Judge  Anthony P. Patti
Eric Rardin,

                    Respondent(s).
_____/

**ORDER REQUIRING RESPONSIVE PLEADING**

       The petition for writ of habeas corpus having been reviewed and it appearing that the petition is not subject to summary dismissal upon initial review;

       **IT IS ORDERED** that a responsive pleading be filed in this matter on or before  January 27, 2025       . Petitioner shall have forty-five (45) days from the date of the responsive pleading to file a reply.

       **IT IS FURTHER ORDERED** that the Clerk of the Court serve a copy of this Order on the Respondent(s) by first class mail as provided in Rule 4, and also provide a copy to the United States Attorney for the Eastern District of Michigan.

Date:  November 26, 2024                          s/David R. Grand
                                                  David R. Grand
                                                  United States Magistrate Judge

_____

**Certificate of Service**

       I certify that, on the date indicated below, I arranged for service as provided above, and I mailed a copy of this Order to Petitioner.

Date:  November 26, 2024                          s/N. Ahmed
                                                  Deputy Clerk