EXPEDITE



10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| RASHEED STUKES<br>*Petitioner*<br><br>v.<br><br>WARDEN RARDIN et. al.<br>*Respondent*<br>*(name of warden or authorized person having custody of petitioner)* | Case: 2:24-cv-12926<br>Assigned To : Leitman, Matthew F.<br>Referral Judge: Patti, Anthony P.<br>Assign. Date : 11/4/2024<br>Description: HC STUKES V. RARDIN (MC)<br>*(Supplied by Clerk of Court)* |

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Rasheed Stukes

   (b) Other names you have used: _____

2. Place of confinement:

   (a) Name of institution: FCI Milan

   (b) Address: P.O. Box 1000

   Milan, Michigan 48160

   (c) Your identification number: 16712-027

3. Are you currently being held on orders by:

   ☒ Federal authorities    ☐ State authorities    ☐ Other - explain:

4. Are you currently:

   ☐ A pretrial detainee (waiting for trial on criminal charges)

   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

   If you are currently serving a sentence, provide:

   (a) Name and location of court that sentenced you: U.S. District Court, Northern District of Indiana

   (b) Docket number of criminal case: 1:16CR78-002

   (c) Date of sentencing: 10-25-2018

   ☐ Being held on an immigration charge

   ☐ Other *(explain):* _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☒ Other *(explain)*: I was incarcerated on this case on 10-28-2016. I was in custody until 10-24-2018 then went in transit to a federal facility. I was in transit until 1-15-2019 arriving Fort Dix to 6-18-24

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: BOP / Milan FCI - Milan Michigan Arrived at Milan FCI 7-9-24/to Present

   (b) Docket number, case number, or opinion number: _____

   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   The abrupt removal of Petitioner from RRC and remand into custody at FCI Milan. The Denial of return to prerelease custody and the further denial of ETC/Proper release date and credit calculations

   (d) Date of the decision or action: 10/11/2024

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes          ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: BOP - Milan FCI Counselor

   (2) Date of filing: Attempt made to file 10/11/24

   (3) Docket number, case number, or opinion number: _____

   (4) Result: COUNSELOR REFUSED TO GIVE ME REQUESTED REMEDY FORM

   (5) Date of result: _____

   (6) Issues raised: The issue of a violation of federal law by the BOP in addition to the refusal to my request for remedy forms, negates my exhaustion requirement. Efforts are futile.

Page 2

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____
_____

(b) If you answered "No," explain why you did not appeal: _____
_____

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes   ☒ No

   (a) If "Yes," provide:
   
   (1) Name of the authority, agency, or court: _____
   _____
   
   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____
   _____
   _____
   _____
   _____
   _____
   _____

   (b) If you answered "No," explain why you did not file a second appeal: _____
   _____

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes   ☒ No

   (a) If "Yes," provide:
   
   (1) Name of the authority, agency, or court: _____
   
   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____
_____

   (b) If you answered "No," explain why you did not file a third appeal: _____
_____

10. **Motion under 28 U.S.C. § 2255**

   In this petition, are you challenging the validity of your conviction or sentence as imposed?

   ☐ Yes             ☒ No

   If "Yes," answer the following:

   (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

   ☐ Yes             ☐ No

   If "Yes," provide:

   (1) Name of court: _____
   (2) Case number: _____
   (3) Date of filing: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____
   _____
   _____
   _____
   _____

   (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

   ☐ Yes             ☐ No

   If "Yes," provide:

   (1) Name of court: _____
   (2) Case number: _____
   (3) Date of filing: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____
   _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

 

 

 

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____

_____

_____

_____

_____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes  ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes  ☐ No

If "Yes," provide:

(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

_____

_____

_____

_____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes  ☐ No

If "Yes," provide:

(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

 (5) Date of result: _____

 (6) Issues raised: _____

_____

_____

_____

_____

_____

_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes    ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

_____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

_____

_____

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

 **GROUND ONE:** Petitioner believes he is in custody in violation of the federal laws. Petitioner was released to RRC on 9 October 2024 then abruptly orederd to return back to FCI Milan

 (a) Supporting facts (Be brief. Do not cite cases or law.):
A proper calculation of the Petitioner's prerelease custody dates were don and completed in accordance to the law then incorrectly recalculated and denied.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes      ☐ No

**GROUND TWO:** An improper calculation and assessment of eligibility has reulted in a violation of federal law. §3624(D) is written in plain language and states in section xxxiii-"Resulting in Death" is the only disqualifying FSA eligibility offense in 2113e

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The Director of the BOP - Bureau of Prisons SHALL transfer eligible inmates into prerelease custody or supervised release.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes      ☒ No

**GROUND THREE:** The BOP employees are obligated to follow the provisions of the First Step Act including the application of credits for additional halfway house and home confinement time.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Because the statute is clear that the transfer to prerelease custody is mandatory, and any contrary interpretation by the BOP would not be entitled to any deference

(b) Did you present Ground Three in all appeals that were available to you?
☒ Yes      ☐ No

Page 7

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** The BOP employees are not complying with the laws of the Second Chance Act specifically §3624(c)(1) and (2),(10), and (11), in addition to 18 U.S.C. 4042(a)(2)

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

_____
_____
_____
_____
_____
_____
_____

(b) Did you present Ground Four in all appeals that were available to you?
☒ Yes      ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: Remedy process was thwarted and not made available upon meeting with counselor and he refused to give Petitioner the proper remedy forms.

A grievance procedure is 'not available' if prison oficials prevent an inmate from using it. Dale V. Lappin, 376 F.3d 652 (7th Cir.2004)

**Request for Relief**

15. State exactly what you want the court to do: Petitioner respectfully requests to be immediately sent back to the RRC back into prerelease custody. I would like the Court to expedite this manner as the Court sees fit. Petitioner was already released and returned to FCI Milan wihout just cause in violation of federal law.

Page 8

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.


Date: October 15, 2024         _____
                                        Signature of Petitioner

                                        n/a Pro Se
                               _____
                               Signature of Attorney or other authorized person, if any



Rasheed Stokes #16712-027
Federal Correctional Institution
P.O. Box 1000
Milan, Michigan 48160

Office of The Clerk
United States District Court
231 W. Lafayette Blvd, Fifth Floor
Detroit, MI 48226