UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

Rasheed Stukes (#16712-027),

    Petitioner,                       Case No. 24-12926

    v.

                                          Honorable Matthew F. Leitman

Eric Rardin (Warden),

    Respondent.
_____/

## **RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS**

    This case demonstrates why petitioners seeking habeas relief are required to seek relief using BOP internal processes first, and exhaust their administrative remedies before involving the district court. *See*, *e.g.*, *Fazzini v. Ne. Ohio Corr. Ctr.*, 473 F.3d 229, 231 (6th Cir. 2006) ("Federal prisoners must exhaust their administrative remedies prior to filing a habeas petition under § 2241.") Petitioner Rasheed Stukes admits that he failed to do so. (ECF No. 1, PgID 2). But several weeks after he filed this habeas petition, Stukes tried a different approach, and contacted the Bureau of Prisons Designation and Sentence Computation Center to request an adjustment to his offense code that would render him "fsa eligible." *See* Exhibit A. Then, on January 8, 2025, Stukes was informed that he received the code adjustment. *See* Exhibit B. Stukes was further advised that his time-credit computation had been updated, and referred to the Central Office for final review.

*See id*. In the time since, the Central Office has completed that review. Stukes is eligible for halfway-house placement, and BOP personnel are currently working with RRM staff to establish his placement date.

In short, Stukes's issue has been resolved through BOP's internal processes. Even so, designation of an inmate's place of confinement is nonetheless "within the exclusive purview of the BOP." *United States v. Morris*, No. 15-20283, 2020 WL 7056045, at *1 (E.D. Mich. Dec. 2, 2020) (denying inmate request that the "court order RRC placement"); *see also* 18 U.S.C. § 3621(b) ("[A] designation of a place of imprisonment under this subsection is not reviewable by any court.")

The petition should be denied.

Respectfully submitted,

Julie A. Beck
Acting United States Attorney

*/s/ Erin S. Shaw*
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9182
erin.shaw@usdoj.gov

Dated: January 27, 2025

2

## CERTIFICATE OF SERVICE

I certify that on January 27, 2025, I electronically filed this pleading with the Clerk of the Court using the ECF system, and that I caused this pleading to be mailed by United States Postal Service to:

>Rasheed Stukes (#16712-027)
>FCI Milan
>P.O. Box 1000
>Milan, MI  48160

>/s/ Erin S. Shaw
>Assistant United States Attorney