UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

Rasheed Stukes (#16712-027),

    Petitioner,                             Case No. 24-12926

    v.

                                            Honorable Matthew F. Leitman

Eric Rardin (Warden),

    Respondent.
_____/

## **INDEX OF EXHIBITS**

Exhibit A    Stukes Request

Exhibit B    BOP Response