TRULINCS 16712027 - STUKES, RASHEED - Unit: MIL-A-A

DEC 27 2024

FROM: 16712027
TO:
SUBJECT: OFFENSE CODE
DATE: 12/16/2024 01:05:32 PM

My name is Rasheed Stukes# 16712-027 and I'm writing about my offense code being change from a 551 to a 555 which bring me from the halfway house back to FCI Milan on 10/09/24-10/11/24 because it made me ineligible fsa. My Co-Defendant (JAMAR FREEMAN) just had his offense code update to a 554 which now make us fsa eligible and was wondering why didn't my offense code change to the 554 yet since we are on the same case. Can i please get some information about that problem why my offense code haven't been update yet.

Thank You,
Rasheed Stukes

EXHIBIT A

**NAME:** Rasheed Stokes
**REG. NO.:** 16712-027
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480
17 DEC 2024 PM 9 L

DEC 27 REC'D

(DSCC) Designation ; Sentences
Computation Center
346 Marine Forces Dr.
Grand Prairie, Tx 75051

75051-241246