01-08-2025

**Rasheed Stukes**
**c/o FCI Milan**
**Federal Register No. 16712-027**
**Case Number 1:16CR78-002**

This letter is in response to your correspondence sent to the Bureau of Prisons Designation and Sentence Computation Center, wherein you are requesting that your offense code be updated. Specifically, you state that when your offense code was updated your Federal Time Credits (FTC) pursuant to the First Step Act, was removed and made you FTC ineligible. You also requested more information on the change and for it to be updated.

Following our review, your computation has been updated to offense code 554, Robbery Assault Bank 18 USC 2113(d). FTC is earned at the designated facility and applied by the Bureau's Central Office during incarceration. Although your computation has been updated, it will still need to be reviewed by Central Office to assert that the update is correct. Until that review you may not see your Federal Time Credits on your computation. If you have additional questions, please address your concerns to unit team staff at your assigned institution, as they are in the best position to assist you regarding this issue.

Your sentence has been computed as directed by federal statute, and Bureau of Prisons Program Statement 5880.28, <u>Sentence Computation Manual (CCCA of 1984)</u>.

I trust I have addressed your concerns.

**EXHIBIT B**