United States District Court
Eastern District of Michigan

Rasheed Stukes (#16712-027),

        Petitioner,                           Case No. 24-CV-12926

v.                                      Hom. Matthew F. Leitman

Eric Rardin, Warden,

        Respondent.

---

### NOTICE OF ADDITION OF ASSISTANT U.S. ATTORNEY

**To: Attorney Admission Clerk and All Other Parties**

Please take notice of the following addition of an Assistant U.S. Attorney for the above captioned case:

Add the following AUSA:

Name:       Erin Shaw

Telephone:   (313) 226-9182

Email:       Erin.Shaw@usdoj.gov

 

                                     *s/Erin S. Shaw*
                                      Erin S. Shaw
                                      Assistant United States Attorney
                                      211 West Fort Street
                                      Detroit, MI 48226
                                      (313) 226-9182
                                      Erin.Shaw@usdoj.gov

Dated: January 27, 2025