UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

Rasheed Stukes (#16712-027),

    Petitioner,　　　　　　　　　　Case No. 24-12926

    v.

　　　　　　　　　　　　　　　　　Honorable Matthew F. Leitman

Eric Rardin (Warden),

    Respondent.
_____/

## SUGGESTION OF MOOTNESS

Last fall, Rasheed Stukes filed a petition for a writ of habeas corpus, asking this Court to order the Bureau of Prisons to place him at a halfway house. Stukes moved from FCI Milan to the Detroit RRM earlier this week.



Accordingly, his petition is now moot.

                                    Respectfully submitted,

                                    Julie A. Beck
                                    Acting United States Attorney

                                    */s/ Erin S. Shaw*
                                    Assistant United States Attorney
                                    211 West Fort Street, Suite 2001
                                    Detroit, MI 48226
                                    (313) 226-9182
                                    erin.shaw@usdoj.gov

Dated: February 14, 2025

## CERTIFICATE OF SERVICE

I certify that on February 14, 2025, I electronically filed this pleading with the Clerk of the Court using the ECF system, and that I caused this pleading to be mailed by United States Postal Service to:

> Rasheed Stukes (#16712-027)
> Cherry Health - Community Treatment Center
> 8333 Townsend Street
> Detroit, MI  48213

/s/ Erin S. Shaw
Assistant United States Attorney