UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RASHEED STUKES,

    Petitioner,

v.

    Case No. 24-cv-12926
    Hon. Matthew F. Leitman

RARDIN,

    Respondent.
_____/

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order dated June 9, 2025, this cause of action is **DISMISSED WITH PREJUDICE**.

    KINIKIA ESSIX
    CLERK OF COURT

    By:    s/Holly A. Ryan
              Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: June 9, 2025
Detroit, Michigan